## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN CRAWFORD, | ) | 3:14-cv-00329-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 3, 2015 |
| | ) | |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion entitled Request for Service. (Doc. # 32.) Plaintiff requests service of his complaint as to defendants Cheryl Dressler and Sean Su, who are no longer employed by the Nevada Department of Corrections.  The court assumes the issuance of the Notice of Intent to Dismiss pursuant to Fed. R. Civ. P. 4(m) on March 18 2015 (Doc. # 30), prompted Plaintiff's motion for service.  Plaintiff's motion (Doc. # 32) is **GRANTED.**  In that regard, the court also **extends** the 4(m) deadline for Plaintiff to effect service **to and including to May 18, 2015.**

If plaintiff wishes to have the U.S. Marshal attempt service on these Defendants, he shall follow the instructions contained in this order. The Clerk shall issue summonses for **Cheryl Dressler** and **Sean Su** and send the same to the U.S. Marshal with the address provided under seal (#20).  The Clerk shall also send two copies of the Amended Complaint (#8) and one copy of this order to the U.S. Marshal for service on the defendants. The Clerk shall send to plaintiff two USM-285 forms. Plaintiff shall have until **Friday, April 17, 2015,** to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If plaintiff fails to follow this order, defendants **Cheryl Dressler** and **Sean Su** will be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk