AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

SEAN CRAWFORD,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER:  **3:14-cv-00329-MMD-WGC**

ROMEO ARANAS, et al.,

    Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#23) is granted. Judgment is hereby entered in favor of Defendants.

  August 21, 2015     **LANCE S. WILSON**
                                                    Clerk

                                           /s/ D. R. Morgan
                                             Deputy Clerk